IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| FLEMING COMPANIES, INC., et al., | ) | Case No. 03-10945 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**APPELLANT'S DESIGNATION OF ITEMS TO BE
INCLUDED IN THE RECORD ON CROSS-APPEAL**

Pursuant to Bankruptcy Rule 8006, claimant-below/appellant DDB Limited Partnership designates the following items to be included in the record on cross-appeal with respect to the Notice of Cross-Appeal of the August 9, 2006 Order, and the supporting Memorandum Opinion, of the United States Bankruptcy Court for the District of Delaware allowing in part DDB Limited Partnership's administrative expense and cure claim:

| Date | Docket No. | Description |
|---|---|---|
| 1/13/06 | N/A | DDB Limited Partnership Exhibits 3, 5, 11, 16, and 17 |

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

*/s/ Brian E. Farnan*
John C. Phillips, Jr. (Bar No. 110)
Brian E. Farnan (Bar No. 4089)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200

Date: September 18, 2006

## CERTIFICATE OF SERVICE

I, Brian E. Farnan, hereby certify that on September 18, 2006 a copy of APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON CROSS-APPEAL was served via hand delivery on the following:

> Laura Davis Jones, Esquire
> James K. T. Hunter, Esquire
> Pachulski, Stang, Ziehl, Young,
> Jones & Weintraub P.C.
> 919 North Market Street, 17th Floor
> P.O. Box 8705
> Wilmington, DE 19899-8705

*/s/ Brian E. Farnan*
Brian E. Farnan (#4089)