IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re:<br><br>FLEMING COMPANIES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 03-10945 (MFW)<br><br>(Jointly Administered) |
|---|---|

**APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND CROSS-APPEAL AND STATEMENT OF ISSUES ON CROSS-APPEAL**

Pursuant to Bankruptcy Rule 8006, respondent below/appellee/cross-appellant the Post-Confirmation Trust designates the following additional items to be included in the record on appeal with respect to the Notice of Appeal, and the Notice of Cross-Appeal of the August 9, 2006 Order, and the supporting Memorandum Opinion, of the United States Bankruptcy Court for the District of Delaware allowing in part DDB Limited Partnership's administrative expense and cure claim:

| Date | Docket Number | Description |
|---|---|---|
| 1/13/06 | N/A | DDB Limited Partnership, Exhibit 3, Bates number 307 |
| 1/13/06 | N/A | PCT Exhibits 2, 4 and 9 |
| 2/9/06 | 12541 | PCT's Post-Trial Brief in Support of Objection to Administrative Claim Filed by DDB Limited Partnership (Claim No. 14673) |
| 2/21/06 | 13227 | Notice of Appeal of DDB Limited Partnership |

| 2/23/06 | 13235 | Notice of Cross-Appeal of the Post-Confirmation Trust |

## STATEMENT OF ISSUE ON CROSS-APPEAL

1. Whether the Bankruptcy Court erred in awarding DDB Limited Partnership damages for: (1) the replacement of the automatic doors in the amount of $41,720.00; (2) the repairs and replacement of two parcel pick-up doors in the amount of $5,599.00; (3) the power-washing and painting of the exterior of the building in the amount of $18,000.00; (4) roof repairs in the amount of $76,230.00 and (5) replacement of counters in the amount of $24,598.00

Dated: September 7, 2006

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

*Scotta McFarland*

Laura Davis Jones (DE Bar No. 2436)
Scotta E. McFarland (DE Bar No. 4184)
James K.T. Hunter
919 North Market Street, 17th Floor
Post Office Box 8705
Wilmington, Delaware 19899-8705
(Courier No. 19801)
Telephone: 302/652-4100
Facsimile: 302/652-4400

Counsel for Post-Confirmation Trust

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Fleming Companies, Inc., et al.,[1] | ) | Case No. 03-10945 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### AFFIDAVIT OF SERVICE

Louise L. Tuschak, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP co-counsel for the Debtor in the above-captioned action, and that on the 7th day of September 2006 she caused a copy of the following document to be served upon the attached service list in the manner indicated:

1. Appellee's Designation of Additional Items to be Included in the Record on Appeal and Cross-Appeal and Statement of Issues on Cross-Appeal

_____
Louise L. Tuschak

SWORN TO AND SUBSCRIBED
by me on this 7th day of September 2006

_____
Notary Public
My Commission Expires: 11/4/07

MARY E. CORCORAN
Notary Public
State of Delaware
My Commission Expires Nov. 4, 2007

---

[1] The former Debtors whose cases are still open are: Core-Mark International, Inc.; Fleming Companies, Inc.; ASI Office Automation, Inc.; C/M Products, Inc.; Core-Mark Interrelated Companies, Inc.; Core-Mark Mid-Continent, Inc.; General Acceptance Corporation; Head Distributing Company; Marquise Ventures Company, Inc.; and Minter-Weisman Co.

28587-001\DOCS_DE:120198.6

**Fleming Companies, Inc. 2002 Service List (NEW)**
Case No. 03-10945
Document No. 102136
26 - Hand Delivery
87 – First Class Mail


(Counsel for Fleming Companies, Inc.)
Laura Davis Jones, Esquire
James O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Interoffice Delivery*
(Counsel for Fleming Companies, Inc.)
Ira D. Kharasch, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
10100 Santa Monica Blvd., #1100
Los Angeles, CA 90067

*Hand Delivery*
(Parcels)
Vito I. DiMaio
Parcels, Inc.
917 King Street
Wilmington, DE 19801

*Hand Delivery*
(Office Of The United States Trustee)
Joseph McMahan, Esquire
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Langdon Ltd Partnership, Minnesota Mining And Manufacturing Company, Wells Fargo Financial Leasing Skogen's Foodliner, Inc., and its related entities, and Hegenbarth Food Group, Inc. and its related entities)
Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow, LLP
The Corporate Plaza
800 Delaware Avenue, 7th Floor
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Ingram Entertainment, Inc., Odom's Tennessee Pride Sausage Co., Inc., Dade Paper & Bag Co. Inc., Downey Wholesale, Inc., Huish Detergents, Joseph Campione, Inc., KAO Brands Co f/k/a Andrew Jergens Co, Sargento Foods, Inc., Sysco Food Services of Modesto, Inc., Trinidad Benham Corp)
Theresa V. Brown-Edwards, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street, 7th Floor
Wilmington, DE 19899

*Hand Delivery*
(Counsel for MBM Corp.)
Linda M. Carmichael, Esquire
White and Williams LLP
824 N. Market Street
Suite 902
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Best Yet Markets, Inc.)
Kim Lawson, Esquire
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801

*Hand Delivery*
(Counsel for CHEAP USA)
Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Brentwood Crossing Associates and Wanda Farms Potatoes, Inc.)
Richard H. Cross, Jr., Esquire
Amy Evans, Esquire
Law Office of Richard H. Cross, Jr. LLC
913 North Market
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Red Gold, Inc.)
Susan E. Kaufman, Esquire
Heiman, Aber, Goldlust & Baker
800 King Street
Suite 303
Wilmington, DE 19801

*Hand Delivery*
(Counsel for C&S Wholesale Grocers, Inc., C&S Acquisition LLC and its designees)
Richard S. Cobb, Esquire
Megan N. Harper, Esquire
Landis Rath & Cobb
919 Market Street
Suite 600
Wilmington, DE 19899

*Hand Delivery*
(Counsel for The Schwan Food Co., Schwan's Consumer Brands North America, Inc., Edwards Fine Foods, Inc., Schwan's Food Service, Inc., Price Choppers & Piggly Wiggly Franchisees, Marigold Foods, LLC, Cream O'Weber Daily, LLC, H. Meyer Dairy, LLC, Milk Products, LP d/b/a Borden Dairy, Flav-O-Rich and Meow Mix Company, Roayal Foods, Inc. & Goya Foods, Inc.)
Carl N. Kunz, III, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Blue Bell Creameries L.P. and Republic Tobacco L.P.)
Ashley B. Stitzer, Esquire
The Bayard Firm
222 Delaware Avenue
9th Floor
Wilmington, DE 19801

*Hand Delivery*
(Counsel for DDB Limited Partnership & Rolling Pin Manufacturing Corp. & The Bautschs)
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom St.
Wilmington, DE 19806

*Hand Delivery*
(Counsel for Daires, LLC, Vekla Farms, LLC, Franklin Foods, Crowley Foods, LLC, Kemps Foods, LLC, Heluva Good LLC, Afco Credit Corporation and Single Source Transportation)
Stephen M. Miller, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
10th Floor
Box 2306
Wilmington, DE 19899

*Hand Delivery*
(Counsel for ConAgra, Inc., Manugistics, Inc. Weyerhaeuser Company)
Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
6th Floor
Wilmington, DE 19801

*Hand Delivery*
(Counsel for The Dial Corporation, Aleeda Grace Ltd. Bar-S Foods, Bausch & Lomb, Destination Products International and Simmons Foods)
Ricardo Palacio, Esquire
Ashby & Geddes
222 Delaware Ave.
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Altadis USA, American Licorice, Church & Dwight, ISG Technology, John Middleton, Seaboard Farms and Swedish Match)
Mark E. Felger, Esquire
Cozen O'Connor
Chase Manhattan Center
1201 North Market Street
Suite 1400
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Sunbeam Products, Reckitt Benckiser, Inc., Welch Food, Inc. and The Hammer Corporation )
Thomas D. Walsh, Esquire
McCarter & English, LLP
Chase Manhattan Center
919 N. Market St
Suite 1800
Wilmington, DE 19801

*Hand Delivery*
(Counsel for AEP Industries, Inc., Colgate-Palmolive, B. Rosen & Sons, Inc., Hussmann Corporation, Mistui Foods, Inc., Perrigo, World Confectioners, Inc., Bush Brothers & Co. and South Win Ltd.)
Jennifer Taylor, Esquire
Jaspan Schlesinger Hoffman LLP
913 Market Street
12th Floor
Wilmington, DE 19801

*Hand Delivery*
(Co-Counsel for the PCT)
David M. Fournier, Esquire
Pepper Hamilton, LLP
Hercules Plaza
1313 North Market St., Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

*Hand Delivery*
(Counsel for Aon Consulting)
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

*Hand Delivery*
(Substitute counsel for Royal Oak Sales, Inc. and Claxton Poultry Farms)
James E. Huggett, Esquire
Margolis Edelstein
1509 gilpin Avenue
Wilmington, DE 19806

*Hand Delivery*
(Counsel for Haro Distributing, Inc.)
Mary E. Augustine, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

*Hand Delivery*
(Counsel to the Reclamation Creditors Trust)
Steven K. Kortanek, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

*Hand Delivery*
(Counsel to SUPERVALU Inc.)
William H. Sudell, Jr., Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

*Hand Delivery*
Selinda A. Melnik, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street
Wilmington, DE 19801

*First Class Mail*
)
Bankruptcy Management Corp.
Attn: Tinamarie Fell
1330 E. Franklin Avenue
El Segundo, CA 90245

*First Class Mail*
)
Robert S. Hertzberg, Esquire
Julie M. Skidmore, Esquire
Pepper Hamilton LLP
100 Renaissance Center
Suite 3600
Detroit, MI 48243

*First Class Mail*
(Counsel for Harvest Logistics, Inc. Iceworks Logistics, Inc. and Tibbett & Britten Group North America, Inc.)
Exel
Attn: Legal Department
570 Polaris Parkway
Westerville, OH 43082

*First Class Mail*
(Harvest Logistics, Inc. Iceworks Logistics, Inc. and Tibbett & Britten Group North America, Inc.)
Michael E. Wiles, Esquire
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

*First Class Mail*
(Conoco Phillips, a successor interest to Circle K Corporation)
Kasey C. Dye, Esquire
Quarles & Brady Streich Lang
One S. Church Ave
Suite 1700
Tucson, AZ 85701

*First Class Mail*
(Old Home Foods, Inc.)
Richard C. Salmen, Esquire
Felhaber, Larson, Fenlon & Vogt, P.A.
220 South Sixth Street
Suite 2200
Minneapolis, MN 55402

*First Class Mail*
(Ingram Entertainment Inc.)
Larry Gilbert
Two Ingram Blvd.
P.O. Box 7006
Lavernge, TN 37089

*First Class Mail*
)
James Shaw
237 N.E. Wavecrest Way
Boca Raton, FL 33432

*First Class Mail*
(Counsel for Domino Foods, Inc., as Agent for American Sugar Refining, Inc.)
William F. Tarr, Esquire
P.O. Box 3435
West Palm Beach, FL 33402

*First Class Mail*
(Counsel for Domino Foods, Inc., as Agent for American Sugar Refining, Inc.)
Gene B. Tarr, Esquire
Blanco Tackabery Combs & Matamoros, P.A.
110 S. Stratford Road
5th Floor
Winston-Salem, NC 27104

*First Class Mail*
(Counsel for Coastal Unilube, Inc.)
Michael J. McGinnis
Senior Counsel
El Paso Corporation
1001 Louisiana Street
Houston, TX 77002

*First Class Mail*
(Counsel for New Plan Excel Realty Trust, Inc., Majestic Realty Company; Goldstein Management, Inc.)
Jeffrey Meyers, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor – Mellon Bank Center
Philadelphia, PA 19103

*First Class Mail*
(Counsel for Anna Bowe)
Michael C. Van Berkom, Esquire
Borkon, Ramstead, Mariant, Fishman & Carp, Ltd.
5401 Gamble Drive
Suite 100 Parkdale
Minneapolis, MN 55416

*First Class Mail*
(Counsel for The Meow Mix Company)
Joseph L. Schwartz, Esquire
Jeffrey M. Sponder, Esquire
Riker, Danzig, Scherer, Hyland & Perretti LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962

*First Class Mail*
(Counsel for Sara Lee Corporation)
Maria Ellena Chavez-Ruark, Esquire
Richard M. Kremen, Esquire
Piper Rudnick
6225 Smith Avenue
Baltimore, MD 21209

*First Class Mail*
)
Louis J. Price, Esquire
McAfee & Taft
Two Leadership Sq.
10th Floor
211 N. Robinson Ave.
Oklahoma City, OK 73102

*First Class Mail*
(Counsel for Bayer Corporation)
Steven N. Cousins, Esquire
Armstrong Teasdale LLP
One Metropolitan Sq.
Suite 2600
St. Louis, MO 63102

*First Class Mail*
(Counsel for Turnpike Crossing I, LLC)
Arthur E. Rosenberg, Esquire
Holland & Knight LLP
195 Broadway
New York, NY 10007

*First Class Mail*
(Counsel for CHEP USA)
W. Glenn Jensen, Esquire
Akerman, Senterfitt & Eidson, P.A.
Post Office Box 231
Orlando, FL 32802

*First Class Mail*
(Counsel for DDB Limited Partnership)
William C. Hess, Esquire
Hess, Dexter, Reinerston & Brunner S.C.
605 Scott St.
Wausau, WI 54402

*First Class Mail*
)
Gretchen Crawford
Assistant District Attorney
Oklahoma County Treasurer
320 Robert S. Kerr, Room 307
Oklahoma City, OK 73102

*First Class Mail*
(Counsel for Wanda Farms Potatoes, Inc.)
Michael Keaton, Esquire
Keaton & Associates, P.C.
1278 W. Northwest Highway
Suite 903
Palatine, IL 60067

*First Class Mail*
(Counsel for SuperValu, Inc.)
Kimberly J. Myrdahl
Director of Litigation
Supervalu Inc.
P.O. Box 990
Minneapolis, MN 55440

*First Class Mail*
(Counsel for Mitsui Bussan Logistics, Inc.)
James Shenwick, Esquire
Shenwick & Associates
152 W. 57th Street
35 Floor
New York, NY 10019

*First Class Mail*
(Counsel for Mitsui Bussan Logistics, Inc.)
Thomas C. Marconi, Esquire
Losco & Marconi, P.A.
P.O. Box 1677
Wilmington, DE 19899

*First Class Mail*
(Counsel for Michael D. Martin and Richard Adamcik)
David W. Bower, Esquire
David Bower & Associates
The Stoneleigh P Building
2926 Maple Avenue
Suite 200
Dallas, TX 75201

*First Class Mail*
(Counsel for The News Group)
Patrick H. Autry, Esquire
Plunkett & Gibson, Inc.
70 NE Loop 410
Suite 1100
San Antonio, TX 78216

*First Class Mail*
(Counsel for Coca-Cola Enterprises, Inc. and Chattem, Inc.)
Coca-Cola Enterprises Inc.
c/o Miller & Martin LLP
Attn: Shelley D. Rucker
832 Georgia Avenue
Suite 1000
Chattanooga, TN 37402

*First Class Mail*
(Counsel for Reser's Fine Foods, Inc.)
Scott L. Jensen, Esquire
Brownstein, Rask, Sweeney, Kerr, Grim, DeSylvia & Hay, LLP
1200 S.W. Main Building
Portland, OR 97205

*First Class Mail*
(Counsel for Albertson's Inc.)
Daniel B. Prieto, Esquire
Jones Day
2727 N. Harwood Street
Dallas, TX 75201

*First Class Mail*
(Counsel for Fish House Foods, Inc.; Rembrandt Corporation)
J. Scott Bovitz, Esquire
Bovitz & Spitzer
880 West First Street
Suite 502
Los Angeles, CA 90012

*First Class Mail*
)
Donald O. Loeb, Esquire
Campana, Vieh & Loeb, PLC
4422 North Civic Center Plaza
Suite 101
Scottsdale, AZ 85251

*First Class Mail*
(Counsel for Bayer Corporation)
Susan K. Olsen, Esquire
Armstrong Teasdale LLP
One Metropolitan Square
Suite 2600
St. Louis, MO 63102

*First Class Mail*
(Counsel to the Reclamation Creditors Trust)
Janice L. Duban, Esquire
Finance Group
DLA Piper Rudnick Gray Cary US LLP
203 North La Salle Street
Chicago, Illinois 60601-1293

*First Class Mail*
(Counsel for Blue Bell Creameries L.P.)
Paul Kruse
1101 S. Horton
Brenham, TX 77833

*First Class Mail*
(Counsel for Odom's Tennessee Pride Sasuage, Inc.)
Linda W. Knight, Esquire
Gullett, Sanford, Robinson & Martin, PLLC
P.O. Box 198888
Nashville, TN 37219

*First Class Mail*
)
Tyson Foods, Inc.
Steven Schaal
Legal Department
2210 West Oaklawn Drive
Springdale, AR 72762

*First Class Mail*
(Counsel for Telco Food Products, Inc.)
Michael J. Mills, Esquire
Rebecca L. Fox, Esquire
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102

*First Class Mail*
(Counsel for L&L Food Center, Inc. and Levandowski, LLC)
Michelyn E. Pasteur, Esquire
Foster Zack & Lowe, P.C.
P.O. Box 27337
Lansing, MI 48909

*First Class Mail*
(Counsel for XHB, Inc. f/k/a and Country Home Bakers, Inc.)
Louis J. Testa, Esquire
Zeisler & Zeisler, P.C.
558 Clinton Avenue
Bridgeport, CT 06605

*First Class Mail*
(Counsel for The McClatchy Company and The Star Tribune)
Paul J. Pascuzzi, Esquire
Felderstein Fitzgeral Willoughby & Pascuzzi LLP
400 Capitol Mall
Suite 1450
Sacramento, CA 95814

*First Class Mail*
(Counsel for Minnesota Mining and Manufacturing Company)
Michael F. McGarth, Esquire
Ravich Meyer Kirkman McGrath & Nauman, P.A.
4545 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

*First Class Mail*
(Counsel for Tony Shepherd Enterprises)
Craig A. Stokes, Esquire
Rojas Santos Stokes & Garcia, LLP
3330 Oakwell Ct.
Suite 225
San Antonio, TX 78218

*First Class Mail*
(Counsel for The Schwan Food Company, Schwan's Consumer Brands North America, Inc., Edwards Fine Foods, Inc. and Famous Products, Inc.)
Monica L. Clark, Esquire
Dorsey & Whitney LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402

*First Class Mail*
(Counsel for The J.M. Smucker Company)
Patrick J. Keating, Esquire
Buckingham, Doolittle & Burroughs, LLP
50 S Main St
P.O. Box 1500
Akron, OH 44309

*First Class Mail*
(Counsel for HP Hood Inc.)
Ronald G. Neiwirth, Esquire
Fowler White Burnett P.A.
Bank of America Tower
17th Floor
100 Southeast Second Street
Miami, FL 33131

*First Class Mail*
(Counsel for Ferrero USA, Inc.)
Jane M. Coviello, Esquire
Dunn Lambert, LLC
The Atrium East 80 Route 4
Paramus, NJ 07652

*First Class Mail*
(Counsel for Royal Foods, Inc.)
T. Chris Stewart, Esquire
Dunkley, Bennett, Christensen & Madigan, P.A.
701 Fourth Avenue South
Suite 700
Minneapolis, MN 55415

*First Class Mail*
(Counsel for Rhodes International, Inc.)
Steven T. Waterman, Esquire
Ray Quinney & Nebeker P.C.
P.O. Box 45385
Salt Lake City, UT 84145

*First Class Mail*
(Counsel for RJ Reynolds.)
William B. Sullivan, Esquire
Womble, Carlisle, Sandridge & Rice
One West Fourth Street
Winston Salem, NC 27101

*First Class Mail*
(Counsel for The Dial Corporation)
Peter Rathwell, Esquire
Snell & Wilmer LLP
One Arizona Center
Phoenix, AZ 85004

*First Class Mail*
(Counsel for Re Gen Capital)
Holly Rogers
Re Gen Capital
2109 Broadway
Suite 206
New York, NY 10023

*First Class Mail*
(Counsel for Sperling Massillon, LLC; SBW Massillon, LLC; WMS Massillon, LLC; WC Massillon, LLC; and NSHE Sossaman, LLC)
Jeffrey E. Bjork, Esquire
Sidley Austin Brown & Wood, LLC
555 W. 5th Street
Suite 4000
Los Angeles, CA 90013

*First Class Mail*
(Counsel for Joseph Campione, Inc. and Sargento Foods, Inc.)
Joshua A. Blakely, Esquire
Reinhart Boerner Van Deuren S.C.
1000 North Water Street
P.O. Box 2965
Milwaukee, WI 53201

*First Class Mail*
(Counsel for Penn Crossing Limited Partnership)
Amy Pritchard Williams, Esquire
Kennedy Covington Lobdell & Hickman, LLP
214 North Tryon Street
47th Floor
Charlotte, NC  28202

*First Class Mail*
(Counsel for Rebnec Nine, Inc.)
Bradley R. Duncan, Esquire
Kimberly L. Nelson, Esquire
Hunton & Williams
1751 Pinnacle Dr.
Suite 1700
McLean, VA  22102

*First Class Mail*
(Counsel for Rothmans, Venson & Hedges, Inc./Fleming Companies, Inc.)
Jesse N. Silverman, Esquire
Hunton & Williams LLP
Riverfront Plaza
East Tower, 951 East Byrd St
Richmond, VA  23219

*First Class Mail*
(Counsel for John H.O. La Gatta)
John H. O. La Gatta
50 West Liberty Street
Suite 1080
Reno, NV  89501

*First Class Mail*
(Counsel for McKesson Corporation)
Julia Frost-Davies, Esquire
Eleanor Gilbane, Esquire
Alexis Freeman, Esquire
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110

*First Class Mail*
(Counsel for Pima County, AZ)
Ruthane Miller
Pima County Attorney Civil Division
32 North Stone
Suite 2100
Tucson, AZ  85701

*First Class Mail*
(Counsel for Caldwell Enterprises, Inc.)
Kathy Popoff, Esquire
Law Office of Kathy Popoff
50-B Peninsula Center Dr.
#301
Rolling Hills Estates, CA  90274

*First Class Mail*
(Counsel for Pacific Coast Producers)
Joon Kim, Esquire
Best Best & Krieger LLP
3500 Porsche Way
Suite 200
Ontario, CA  91764

*First Class Mail*
(Counsel for Ramco-Gershenson Properties, L.P.)
Paul S. Magy, Esquire
Terrance A. Hiller, Jr., Esquire
Kupelian Ormond & Magy, P.C.
25800 Northwestern Highway
Suite 950
Southfield, MI  48075

*First Class Mail*
)
Ramco-Gershenson Properties, L.P.
31500 Northwestern Hwy.
Suite 300
Farmington Hills, MI  48334

*First Class Mail*
(Counsel for Something More, LLC and Kimball's Super Foods)
Robert Lapowsky, Esquire
Stevens & Lee, P.C.
1818 Market St
29th Floor
Philadelphia, PA  19103

*First Class Mail*
(Counsel for B. Rosen & Sons, Inc., Mistui Foods, Inc. and Bush Brothers & Co.)
Kevin J. Nash, Esquire
Finkel Goldstein Berzow Rosenbloom & Nash, LLP
26 Broadway
Suite 711
New York, NY  10004

*First Class Mail*
(Counsel for Perrigo Company)
Alan Bennett, Esquire
Law, Weathers & Richardson, PC
800 Bridgewater Place
333 Bridge Street, NW
Grand Rapids, MI  49504

*First Class Mail*
(Counsel for World Confectioners, Inc.)
Brendan Marx, Esquire
Eaton & Van Winkle LLP
3 Park Avenue
16th Floor
New York, NY  10016

*First Class Mail*
(Counsel for Doane Pet Care Company)
Roger G. Jones, Esquire
Austin L. McMullen, Esquire
Boult, Cummings, Conners & Berry
1600 Division Street
Suite 700
P.O. Box 340025
Nashville, TN  37203-0025

*First Class Mail*
)
Greg Milner
GSM Industries
9563 Barletta Winds Point
Delray Beach, FL  33446

*First Class Mail*
)
SPCP Group, LLC
Attention:  Brian Jarmain
2 Greenwich Plaza
Greenwich, CT  06830

*First Class Mail*
)
Thomas L. Sansonetti, Esquire
Henry S. Friedman, Esquire
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Ben Franklin Station
Washington, D.C.  20044

*First Class Mail*
(Counsel for Fleming Companies)
Internation Modern Invetment, Inc.
d/b/a Liberty International Wholesale
21535 Hoover Road
Warren, MI  48089

*First Class Mail*
(Counsel for Pepsi Bottling Group, Inc., Pharmative LLC and Knight-Ridder, Inc.)
Joseph D. Frank, Esquire
Micah R. Krohn, Esquire
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL  60610

*First Class Mail*
(Counsel for Aon Consulting)
Brian W. Bisignani, Esquire
Duane Morris LLP
305 Front Street
Harrisburg, PA  17108

*First Class Mail*
(Counsel for Mary Ann Seigler)
Mark Stawicki, Esquire
Stawicki & Maples
3353 Bradshaw Road
Suite 115
Sacramento, CA  95827

*First Class Mail*
)
Secretary of Treasury
P.O. Box 7040
Dover, DE  19903

*First Class Mail*
)
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

*First Class Mail*
(Counsel for C&D Technologies, Inc.)
Rhonda L. Thomas, Esquire
Klett Rooney Lieber & Schorling
Two Logan Square
12th Floor
Philadelphia, PA 19103

*First Class Mail*
(Counsel for Ventura Foods, LLC)
Craig A. Barbarosh, Esquire
Nadine J. Youssef, Esquire
Pillsbury Winthrop Shaw Pittman LLP
650 Town Center Drive
7th Floor
Costa Mesa, CA 92626

*First Class Mail*
(Counsel for ACE American Insurance Company)
Paul B. Bech, Esquire
Bazelon Less & Feldman, P.C.
1515 Market Street
Suite 700
Philadelphia, PA 19102

*First Class Mail*
(Counsel for Pop Rocks, Inc.)
John P. Van Beek, Esquire
Holly A. Currier, Esqurie
Young, Goldman & Van Beek, P.C.
510 King Street, Suite 415
Alexandria, VA 22313

*First Class Mail*
(Counsel for AWG)
Mark T. Benedict, Esquire
Husch & Eppenburger LLC
1200 Main, Suite 2300
Kansas City, MO 64105

*First Class Mail*
(Counsel for SUPERVALU, Inc.)
James F. Conlan, Esquire
William A. Evanoff, Esquire
Sidley Austin Brown & Wood LLP
One South Dearborn Street
Chicago, IL 60603

*First Class Mail*
(Counsel for Meadowbrook Meat Company, Inc.)
Jennifer M. Meyerowitz, Esquire
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309

*First Class Mail*
(Counsel for Hilltown Crossings, L.P.)
Jeffrey S. Rosenblum, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

*First Class Mail*
)
J.B. Murphy, Jr.
Agri-Psych, Inc.
4390 W. Hwy. 22
Hornbeak, TN 38232