IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**   4

IN RE: Fleming Companies Inc., et al.

---

|  |  |  |
|---|---|---|
| Post Confirmation Trust | ) | |
|  | ) | |
|         Appellant | ) | Civil Action No.   06-608 |
| v. | ) | |
|  | ) | |
|  | ) | |
| DDB Limited Partnership | ) | |
|  | ) | |
|         Appellee | ) | Bankruptcy Case No. 03-10945 |
|  |  | Bankruptcy Appeal No. 06-55 |

**NOTICE OF DOCKETING**

A Notice of Cross Appeal of the following order of the Bankruptcy Court dated 8/9/06 was docketed in the District Court on 9/28/06:

> Memorandum Opinion and Order that DDB Limited Partnership's Motion is hereby Granted in Part

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                                            Peter T. Dalleo
                                                            Clerk of Court


Date:   September 28, 2006

To:     U.S. Bankruptcy Court
        Counsel