IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| Fleming Companies, Inc.,et al. ) | |
| _____ ) | |
| Post Confirmation Trust, ) | |
| ) | |
| Appellant, ) | Civil Action No. 06-608 (SLR) |
| ) | |
| v. ) | |
| ) | |
| DDB Limited Partnership, ) | |
| ) | Bankruptcy Case No. 03-10945(MFW) |
| Appellee. ) | Bankruptcy Appeal No. 06-53 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of James K.T. Hunter to represent Appellant, The Post Confirmation Trust in the above-captioned action.

Dated: November 6, 2006

_Scotta McFarland_
Scotta E. McFarland (Bar No. 4184)
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____, 2006    _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted to practice and in good standing as a member of the Bar of the State of California, and is admitted to practice in the United States District Courts for the Northern, Central, and Southern Districts of California, and the U.S. Court of Appeals Ninth Circuit and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for the District Court Fund effective 1/1/05.

Dated: November 6, 2006

_James K.T. Hunter_
James K.T. Hunter (CA Bar No. (CA Bar No. 73369)
Pachulski Stang Ziehl Young Jones & Weintraub LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| Fleming Companies, Inc.,et al. ) | |
| _____ ) | |
| Post Confirmation Trust, ) | |
| ) | |
| Appellant, ) | Civil Action No. 06-608 (SLR) |
| ) | |
| v. ) | |
| ) | |
| DDB Limited Partnership, ) | |
| ) | Bankruptcy Case No. 03-10945(MFW) |
| Appellee. ) | Bankruptcy Appeal No. 06-53 |

### AFFIDAVIT OF SERVICE

Louise Tuschak, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP co-counsel for the Debtor in the above-captioned action, and that on the 7th day of November, 2006 she caused a copy of the following document to be served upon the attached service list in the manner indicated:

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

_____
Louise Tuschak

SWORN TO AND SUBSCRIBED
by me on this 7th day of November, 2006

_____
Notary Public
My Commission Expires: 11/4/07

MARY E. CORCORAN
Notary Public
State of Delaware
My Commission Expires Nov. 4, 2007

28587-001\DOCS_DE:122594.1

Post Confirmation Trust v. DDB Limited Partnership
 Service List
Case No. 06-608
Document No. 111672
01 - Hand Delivery

***Via Hand Delivery***
Brian E. Farnan, Esquire.
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806